IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

WILLIAM RAMSEY )
)
v. ) No. 3-12-1184
)
METROPOLITAN NASHVILLE )
HOSPITAL AUTHORITY d/b/a )
Nashville General Hospital at Meharry )

O R D E R

Pursuant to the order entered November 12, 2013 (Docket Entry No. 45), counsel for the parties and plaintiff William Ramsey called the Court on January 16, 2014, at which time the following matters were addressed:

1. As plaintiff's counsel had advised during the conference call, she filed a motion to withdraw as counsel on January 27, 2014 (Docket Entry No. 46), which was granted by order entered January 31, 2014 (Docket Entry No. 37). In that order, the plaintiff was given 30 days to obtain substitute counsel or notify the Court that he intends to proceed pro se.

2. During the January 16, 2014, conference call, the parties addressed rescheduling the trial from July 15, 2014, to January 13, 2015. However, Judge Sharp is not willing to reschedule the trial at this time.

As a result, a status conference is scheduled on **Monday, March 10, 2014, at 1:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN., to address the further progression of the case.

If the plaintiff has obtained new counsel, such counsel shall appear on his behalf on March 10, 2014. If the plaintiff has not obtained new counsel, he shall appear in person on March 10, 2014.

The Clerk is directed to change the plaintiff's address from 245 Indian Lake Blvd. Apt. 111 to 245 Indian Blvd. Apt. **A**111, and to send the plaintiff a copy of this order by regular, first class mail and certified mail at his address as so amended.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge