IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

WILLIAM RAMSEY )
)
v. ) No. 3-12-1184
)
METROPOLITAN NASHVILLE )
HOSPITAL AUTHORITY d/b/a )
Nashville General Hospital at Meharry )

O R D E R

The defendant's motion to continue status conference (Docket Entry No. 50) is GRANTED.

The status conference, scheduled by order entered February 3, 2014 (Docket Entry No. 49), on March 10, 2014, is RESCHEDULED to **Monday, March 17, 2014, at 1:00 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN., to address the further progression of the case.

If the plaintiff has obtained new counsel, such counsel shall appear on his behalf on March 17, 2014. If the plaintiff has not obtained new counsel, he shall appear in person on March 17, 2014.

The Clerk is directed to send the plaintiff a copy of this order by regular, first class mail and certified mail at the address listed on the docket.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge